## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZETTE CAMPBELL OHAI**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 21-3539-KSM** |
| **PATENAUDE & FELIX, A.P.C., et al.**, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 23rd day of November, 2021, upon consideration of Defendant Patenaude & Felix, A.P.C.'s Motion to Dismiss Plaintiffs' Complaint (the "Motion to Dismiss) (Doc. No. 4, Doc. No. 5), Plaintiff's opposition brief (Doc. No. 10), and Defendant's reply brief (Doc. No. 18), it is **ORDERED** that the Motion to Dismiss is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE** as against Defendant Patenaude & Felix A.P.C.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.